UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**Criminal Minutes - General**

Case No. <u>1:13CR81</u>    Place Held: <u>OXFORD</u>

Style <u>UNITED STATES OF AMERICA VS JAMES EVERETT DUTSCHKE</u>
Date, Time Began: 01/17/14, 1:30 p.m. Date, Time Ended: 01/17/13, 2:25 p.m.

TOTAL TIME <u>55 mins.</u>

PRESENT:

Honorable <u>Hon. Sharion Aycock</u>, Judge

<u>Ginger Sisk</u>         <u>Rita Young</u>
Deputy Clerk          Court Reporter

Defendant:              Attorney(s) for Defendant
<u>James Dutschke</u>         <u>Ken Coghlan, Oxford</u>
PROCEEDINGS:

Counsel Requested _____  Waiver of Counsel Signed _____

Information Filed _____  Waiver of Indictment Filed _____

Time Allowed to File Motions _____ days

PLEA:
DEFENDANT:     GUILTY         NOT GUILTY      NOLO CONTENDERE

<u>James Dutschke   (Cts. 1s, 2s, 3s, & 4s)</u>
Motion of USA to Continue Counts _____

Bond: <u>REMANDED TO USM</u>  SET FOR SENTENCING <u>Left Open</u>
REMARKS:

DAVID CREWS, CLERK

By: <u>/s/ Ginger Sisk</u>
Ginger Sisk, Courtroom Deputy