UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

Criminal Minutes - General

Case No. __1:13CR81-SA__   Place Held __ABERDEEN__
Style __USA VS JAMES EVERETT DUTSCHKE__
Date & Time Began 5/13/14, 10:00 a.m.   Date & Time Ended 5/13/14, 12:50 p.m.

Total Time 2 hrs 15 min.

PRESENT:

Honorable __Sharion Aycock__, Judge

__Ginger Sisk__           __Phyllis McLarty__
Deputy Clerk              Court Reporter

Attorneys Present:
Government                Defendant (s)
Chad Lamar, AUSA          Ken Coghlan
Clay Joyner, AUSA
Clyde McGee, AUSA
Andrew Sigler, AUSA

PROCEEDINGS: Sentencing.

Docket Entry: Hearing held, but sentence not imposed. One exhibit introduced. Defendant announced he will file a motion to withdraw his guilty plea. Defendant remanded to US Marshal.

DAVID CREWS, CLERK

By /s/ Ginger Sisk
Ginger Sisk, Courtroom Clerk