UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 1:13CR081

JAMES EVERETT DUTSCHKE

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of Mississippi hereby dismisses the original Indictment against JAMES EVERETT DUTSCHKE, predicated on his plea and sentencing on the Superseding Indictment in this cause.

FELICIA C. ADAMS
United States Attorney

By:

*s/ James Clayton Joyner*
JAMES CLAYTON JOYNER
Assistant United States Attorney
Mississippi Bar No. 10316

Leave of court is granted for the filing of the foregoing dismissal.

_____
SHARION AYCOCK
District Judge
UNITED STATES DISTRICT COURT

May 27, 2014
DATE