IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES EVERETT DUTSCHKE                                               MOVANT

V.                                                                   NO. 1:13CR81-SA

UNITED STATES OF AMERICA                                             RESPONDENT

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Movant's motion [84] is **DENIED**.

**SO ORDERED** this the 2nd day of March, 2015.

                                                          /s/ Sharion Aycock
                                                          U.S. DISTRICT JUDGE