IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMES EVERETT DUTSCHKE**                                          **MOVANT**

**V.**                               **NO. 1:13CR81-SA**

**UNITED STATES OF AMERICA**                            **RESPONDENT**

## ORDER REQUIRING GOVERNMENT TO FILE RESPONSE

The Court has reviewed the movant's request to vacate, set aside, or correct his sentence, and is of the opinion that a response from the government is appropriate.

Accordingly, it is **ORDERED** that within 60 days of the date of this Order, the United States of America shall submit a response to the instant motion.

**THIS** the 30th day of April, 2015.

                                                      /s/ Sharion Aycock
                                                      **U.S. DISTRICT JUDGE**